**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-10672

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Michael Fabbri and Pamela Fabbri<br>      Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>      Movant,<br>  vs.<br><br>Michael Fabbri and Pamela Fabbri, Debtors, S. William Manera, Trustee.<br><br>      Respondents. | No. 2:10-bk-08364-CGC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #17) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated March 16, 2007 and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Michael Fabbri and Pamela Fabbri have an interest in, further described as:

> Unit 80, VILLAGIO AT TEMPE, according to the Declaration of Condominium and of Covenants, Conditions and Restrictions for VILLAGIO AT TEMPE, recorded at Document No. 2006-0201937; First Amendment at Document No. 2006-0360462 and Second Amendment at Document No. 2006-1540697 and Confirmatory Declarations of Annexation at Document No. 2006-0937432, Document No. 2006-1252362, Document No. 2006-1467289 and Document No. 2007-054205; and the Final Plat of VILLAGIO AT TEMPE recorded in Book 814 of Maps, Page 18, and Certificate of Amendment at Document No. 2006-1509037 and thereafter re-recorded at Document No. 2006-1510907, and Certificate of Amendment recorded at Document No. 2006-1633528, all of which were recorded in the Official Records of the Maricopa County, Arizona Recorder;

TOGETHER WITH an undivided interest in the Common Elements.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.